UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>ANTE BILIC, et al.,<br><br>    Defendants. | Case No.18-cv-04773-VKD<br><br>**ORDER DENYING WITHOUT PREJUDICE PROPOSED CONSENT DECREE**<br><br>Re: Dkt. No. 20 |

On January 22, 2019, plaintiff Scott Johnson and defendants Ante Bilic and Fernando Vasquez filed a proposed consent decree resolving Mr. Johnson's claims with respect to injunctive relief. Dkt. No. 20.

Although Mr. Johnson has consented to magistrate judge jurisdiction, Dkt. No. 7, defendants have not yet indicated whether they consent or decline. The Court declines to enter the proposed consent decree as an order of judgment, and to retain jurisdiction to enforce it, in the absence of full consent of the parties to magistrate judge jurisdiction. The Court therefore denies the parties' proposed consent decree without prejudice to the parties resubmitting their proposed consent decree after defendants have indicated whether they consent to or decline magistrate judge jurisdiction. *See* Dkt. Nos. 11, 14, 15. Any resubmitted proposed consent decree should correct the error in the footer of Exhibit A to the proposed consent decree that lists an incorrect case number.

**IT IS SO ORDERED.**

Dated: January 23, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge